Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103−0546
505−348−2500/866−291−6805
www.nmb.uscourts.gov

Case No.:   13−13068−j7
Chapter:  7
Judge:  Robert H. Jacobvitz
Judge/341 Location:

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Carla Silva
6304 Little Joe NW
Albuquerque, NM 87120
SSN/ITIN(if any):  xxx−xx−4627

## FINAL DECREE

The estate of the debtor(s) having been fully administered,

IT IS ORDERED that Linda S. Bloom is discharged as trustee of the estate, the bond is cancelled, and this chapter 7 case is closed.

Robert H. Jacobvitz
United States Bankruptcy Judge

nm_finaldecree.jsp