# Notice Recipients

District/Off: 1084–1       User: admin                  Date Created: 12/30/2013
Case: 13–13068–j7         Form ID: fnldecre             Total: 1


**Recipients of Notice of Electronic Filing:**
tr          Linda S. Bloom          lbloomster@gmail.com

TOTAL: 1